# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON RAMOS,<br><br>     Petitioner,<br><br>   v.<br><br>JOE A. LIZZARAGA, Warden,<br><br>     Respondent. | Case No. LACV 16-303-JWH (LAL)<br><br>**ORDER ACCEPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE THAT PETITION BE DISMISSED AS MOOT** |

|    |                                                                                              |
|----|----------------------------------------------------------------------------------------------|
| 1  | Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, |
| 2  | Petitioner's application to voluntarily dismiss the Petition as moot, the Magistrate |
| 3  | Judge's order recommending the Petition be dismissed, and the remaining record, |
| 4  | and has made a *de novo* determination.  Accordingly, it is hereby **ORDERED** as |
| 5  | follows: |
| 6  |     1.    Petitioner's application to voluntarily dismiss the Petition is |
| 7  | **GRANTED**. |
| 8  |     2.    Judgment shall be entered **DISMISSING** this action **with prejudice**. |
| 9  |     3.    The Clerk is **DIRECTED** to serve copies of this Order on the parties. |
| 10 | **IT IS SO ORDERED.** |
| 11 | |
| 12 | DATED: March 15, 2022 |
| 13 | HONORABLE JOHN W. HOLCOMB<br>UNITED STATES DISTRICT JUDGE |