JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHON RAMOS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JOE A. LIZZARAGA, Warden,<br><br>　　　　　　Respondent. | Case No. LACV 16-303-JWH (LAL)<br><br>**JUDGMENT** |

|   |   |
|---|---|
| 1 | Pursuant to the Order Accepting Recommendation of United States Magistrate Judge, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**. |
| 2 | |
| 3 | |
| 4 | **IT IS SO ORDERED.** |
| 5 | |
| 6 | DATED: March 15, 2022 |
| 7 | |
| 8 | HONORABLE JOHN W. HOLCOMB |
|   | UNITED STATES DISTRICT JUDGE |

2